UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAVIER AQUINO, | No. C 10-4413 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| A. LOPEZ, warden, | |
| Respondent. | |

Petitioner filed an ex parte request for a 30-day extension of time to file his traverse. Upon due consideration of the request and the accompanying declaration of petitioner, the court GRANTS the request. (Docket # 8.)  Petitioner must file and serve on respondent's counsel his traverse no later than **August 5, 2011**.

IT IS SO ORDERED.

Dated: June 20, 2011

_____
SUSAN ILLSTON
United States District Judge