1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   CARLOS JAVIER AQUINO,                    No. C 10-4413 SI (pr)
9          Petitioner,                       **JUDGMENT**
10      v.
11  A. LOPEZ, warden,
12          Respondent.
13  _____/
14
15      The petition for writ of habeas corpus is denied on the merits.
16
17      IT IS SO ORDERED AND ADJUDGED.
18
19  DATED:  November 28, 2012          _____
20                                          SUSAN ILLSTON
                                       United States District Judge
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California